**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-1958**

————————

RICHARD L. EVANS; FRANK M. PECK, JR.,

Plaintiffs - Appellants,

versus

ROBERT G. CHAFIN, of the Circuit Court of
Wayne County, West Virginia; WEST VIRGINIA
SUPREME COURT, State of West Virginia; EARL C.
BEVINS; W. NICHOLAS REYNOLDS,

Defendants - Appellees.

————————

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Joseph Robert Goodwin,
District Judge.  (CA-97-222-3)

————————

Submitted:  April 29, 1998          Decided:  May 13, 1998

————————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Richard L. Evans, Frank M. Peck, Jr., Appellants Pro Se.  John
Albert Grafton, Noelle Aimee Starek, SHUMAN, ANNAND & POE, Charles-
ton, West Virginia; P. Nathan Bowles, Jr., BOWLES, RICE, MCDAVID,
GRAFF & LOVE, Charleston, West Virginia; Joseph Michael Farrell,
Jr., FARRELL, FARRELL & FARRELL, L.C., Huntington, West Virginia,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order denying relief on their civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Evans v. Chafin, No. CA-97-222-3 (S.D.W. Va. June 25, 1997). We deny Appellants' motion for leave to present status report and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED